RICK D. ROSKELLEY, Utah Bar #7772
SCOTT FORMAN, *admitted pro hac vice*
STEPHANIE SARANTOPOULOS, *admitted pro hac vice*
Z. KATHRYN BRANSON, *admitted pro hac vice*
LITTLER MENDELSON
222 Main Street, 5th Floor
Salt Lake City, UT 84101
Telephone:  801.401.8312
Fax No.:    702.862.8811
e-mail:  rroskelley@littler.com
e-mail: sforman@littler.com
e-mail: ssarantopoulos@littler.com
e-mail: kbranson@littler.com

Attorneys for Defendant
WALMART, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LISA PARKIN,<br><br>               Plaintiff,<br>vs.<br><br>WALMART, INC., a Delaware corporation,<br><br>               Defendants. | Case No.:  2:19-cv-00987-HCN-CMR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff, LISA PARKIN, and Defendant Walmart Inc. ("Walmart") by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and

1

attorney's fees.  The parties agree that neither party shall be deemed to be a prevailing party in this action and neither party will seek attorney's fees or costs pursuant to any rule, statute, or law, whether local, state or federal.

DATED this 8th day of February 2021.

**STRINDBERG & SCHOLNICK, LLC**

/s/ Chad Johnson*
KASS HARSTAD
CHAD JOHNSON
*Attorney for Plaintiff*
*electronically signed with
permission sent via email

DATED this 8th day of February 2021.

**LITTLER MENDELSON**

RICK D. ROSKELLEY
STEPHANIE SARANTOPOULOS
Z. KATHRYN BRANSON
*Attorneys for Defendant*